1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5    DARLENE KROLL,                    )
                                       )
6             Plaintiff,               )
                                       )           NO.  CV-09-0077-CI
7         vs.                          )
                                       )           **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                )              **CIVIL CASE**
     Commissioner of Social Security,  )
9                                      )
              Defendant.               )
10                                     )
                                       )
11   _____ )

12        **DECISION BY THE COURT:**

13        This action came to hearing before the court.  The issues have been heard

14   and a decision has been rendered.

15        **IT IS ORDERED AND ADJUDGED** that:

16        Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17   Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18        DATED this 25th day of January, 2010.

19                                    JAMES R. LARSEN
                                      District Court Executive/Clerk
20

21

22                                    by: _____
                                              Deputy Clerk
23

24

25

26   cc: all counsel